UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-00544-GNS-CHL

TRACIE G.                                                                                    PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 21), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Findings of Fact, Conclusions of Law, and Recommendation (DN 21) as set forth in the report submitted by the U.S. Magistrate Judge, and judgment is **GRANTED** for the Commissioner.  The Clerk shall strike this matter from the active docket.

This is a final and appealable order, and there is no just cause for delay.

**Greg N. Stivers, Judge**
**United States District Court**
January 6, 2026

cc:     counsel of record